IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02693-BNB

GILARIME MICHAEL MUELLER,

    Applicant,

v.

JULIE WANDS, Warden/Warehouseman,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 02 2011

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Gilarime Michael Mueller, is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. Mr. Mueller filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 in which he appeared to be challenging the validity of his criminal conviction and sentence in the United States District Court for the Southern District of Iowa (Southern District of Iowa). He paid the $5.00 filing fee.

On December 9, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Mueller to submit within thirty days an amended application that clarified whether he was attacking the validity of his conviction and sentence or the execution of his conviction and sentence, and that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure. The December 9 order warned Mr. Mueller that, if he failed within the time allowed to file an amended application as directed, the application would be denied and the action dismissed without further notice.

On January 7, 2011, Mr. Mueller filed an amended application pursuant to § 2241. The Court must construe Mr. Mueller's filings liberally because he is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, the amended application will be denied and the action dismissed.

According to www.pacer.psc.uscourts.gov, Mr. Mueller was convicted by a jury in the Southern District of Iowa Criminal Action No. 08-cr-00054-JAJ-TJS-002 on charges of conspiring to distribute cocaine base and possessing cocaine base with intent to distribute. He was sentenced to concurrent sentences totaling 380 months, followed by 5 years of supervised release. Judgment was entered on the docket on January 17, 1996. Mr. Mueller appealed his conviction and sentence to the United States Court of Appeals for the Eighth Circuit, which affirmed. *See United States v. Mueller*, No. 09-1798 (8th Cir. Mar. 30, 2010) (unpublished). Mr. Mueller does not appear to have filed a motion pursuant to 28 U.S.C. § 2255 asking the sentencing court to vacate, set aside, or correct his sentence.

The Court has reviewed the amended application Mr. Mueller filed on January 7 and finds that it is deficient. Although Mr. Mueller's claims appear to attack the execution of his conviction and sentence, rather than the validity of his conviction and sentence, his claims make no sense. He claims that (1) Julie Wands, his warden, refuses to acknowledge and accept his payment in violation of public policy, commercial law, and the United States Constitution, and (2) Ms. Wands lacks quasi in rem

2

jurisdiction and, therefore, the execution of his sentence must cease. His supporting allegations, which have to do with commercial transactions under the Uniform Commercial Code, also make no sense.

Magistrate Judge Boland informed Mr. Mueller in the December 9 order for an amended application that he must file an amended application in compliance with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and that the Federal Rules of Civil Procedure apply to applications for habeas corpus relief. *See* Fed. R. Civ. P. 81(a)(2); ***Browder v. Director, Dep't of Corrections***, 434 U.S. 257, 269 (1978); ***Ewing v. Rodgers***, 826 F.2d 967, 969-70 (10th Cir. 1987). Magistrate Judge Boland also was informed him that, pursuant to Fed. R. Civ. P. 8(a), a pleading "must contain (1) a short and plain statement of the grounds for the court's jurisdiction, . . . (2) a short and plain statement of the claim showing that the pleader is entitled to relief, and (3) a demand for the relief sought." Magistrate Judge Boland pointed out that Fed. R. Civ. P. 8(d)(1) provides that "[e]ach allegation must be simple, concise, and direct." He also pointed out that, taken together, Rules 8(a) and (d)(1) underscore the emphasis placed on clarity and brevity by the federal pleading rules, and that prolix, vague, or unintelligible pleadings violate the requirements of Rule 8.

The magistrate judge noted that Rule 4 of the Rules Governing Section 2254 Cases required Mr. Mueller to go beyond notice pleading. *See **Blackledge v. Allison***, 431 U.S. 63, 75 n.7 (1977), and that Rule 1(b) of the Section 2254 Rules applied the rules to § 2241 habeas corpus applications. He further noted that Mr. Mueller must clearly allege his claims, and he must allege specific facts to support each asserted

3

claim. Naked allegations of constitutional violations, Magistrate Judge Boland explained, are not cognizable in a habeas corpus action. See *Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam).

The amended application that Mr. Mueller filed on January 7 fails to comply with Fed. R. Civ. P. 8 or with Rule 4 of the Section 2254 Rules. He has failed to state, clearly and concisely, each claim he intends to assert in this action. Therefore, the amended application will be denied and the action dismissed.

Accordingly, it is

ORDERED that the amended application filed by Applicant, Gilarime M. Mueller, is denied for failure to comply with the directives of the order for an amended application, the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure, and Rule 4 of the Rules Governing Section 2254 Cases, and the action is dismissed without prejudice.

DATED at Denver, Colorado, this __1st__ day of ___February___, 2011.

BY THE COURT:


___s/Lewis T. Babcock___
LEWIS T. BABCOCK
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02693-BNB

Gilarime Michael Mueller
Reg No. 08744-030
FCI Florence
P.O. Box 6000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on February 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk